# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>359,527.06 USD SEIZED FROM COMPASS BANK ACCOUNT −3825 , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:18−cv−08568−JFW−AS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| __10/5/2018__ | __6__ | ____ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Warrant caption does not match complaint caption verbatim. If party names do not fit in caption space provided, enter the name of the first party and write "see attached," then attach face page of complaint or addendum to warrant. Please re−file your request to issue the warrant.

Clerk, U.S. District Court

Dated: October 5, 2018      By: _/s/ Edwin Sambrano_ edwin_sambrano@cacd.uscourts.gov
                                Deputy Clerk