NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar 274184)
Assistant United States Attorney
Asset Forfeiture Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-3391
Facsimile:     (213) 894-0142
E-mail:   John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>$359,527.06 seized from Compass Bank account `3825; $5,848,729.00 seized from Alliance Bernstein account `6878; $372,878.00 seized from Alliance Bernstein account `4954; $342,596.00 seized from Alliance Bernstein account `7982; $306,277.00 seized from Alliance Bernstein account `7889; $275,328.00 seized from Alliance Bernstein account `7888; and $527,624.00 seized from Alliance Bernstein account `6485,<br><br>Defendants. | No. CV 18-8568-JFW<br><br>**NOTICE OF ERRATA TO THE REAL PROPERTY LOCATED IN MARICOPA COUNTY, ARIZONA (PV 1)** |

PLEASE TAKE NOTICE of the following errata in the civil forfeiture complaint filed October 5, 2018 (Dkt. No. 2):

1.   Under the Heading ASSETS HELD BY OR FOR THE BENEFIT OF MICHAEL LACEY, paragraph "4.r." was misplaced.  That paragraph should have been included in the section headed, "ASSETS HELD BY OR FOR THE BENEFIT OF JAMES LARKIN," which section presently begins at paragraph "4.t.";

2.   Under the section headed, "MICHAEL LACEY ASSETS," which section presently begins at paragraph 53, sub-paragraph "M" was misplaced.  That sub-paragraph should have been included in the section headed, "JAMES LARKIN ASSETS," which section presently begins at paragraph 77; and

3.   The section headed, "JAMES LARKIN ASSETS," present paragraph 77 contains inaccurate information.  Paragraph 74 presently reads,

> Approximately $11,480,000 million in illicit funds from Backpage's U.S. Bank account '1165 passed-through various Backpage or Backpage Operators accounts, eventually (between March 15 and September 18, 2014) ending up in BMO Harris account '5263, owned or controlled by Lacey.  Thereafter, on March 30, 2015, BMO Harris Bank account '5263 transferred $774,379.46 towards the purchase of the Paradise Valley Property 1.

/ / /

/ / /

Instead, paragraph 74 should read,

Approximately $41.5 million in illicit funds from
Backpage's U.S. Bank account `1165 passed through various
Backpage or Backpage Operators accounts.  Following these
various transfers, eventually, on October 2, 2013, a total
of approximately $26,130.64 was transferred into BMO
Harris account `3110, owned or controlled by Larkin.
Thereafter, on December 11, 2014, BMO Harris Bank account
`3100 paid $46,957.28 to maintain the Paradise Valley
property 1.

Dated: October 9, 2018          Respectfully submitted,

                                NICOLA T. HANNA
                                United States Attorney
                                LAWRENCE S. MIDDLETON
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States
                                Chief, Asset Forfeiture Section


                                _____/s/John J. Kucera_____
                                JOHN J. KUCERA
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA